USCA1 Opinion

 

 August 5, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1065 GOYA FOODS, INC., ET AL., Appellees, v. ULPIANO UNANUE-CASAL, A/K/A CHARLES UNANUE, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [[Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Coffin and Bownes, Senior Circuit Judges. _____________________ ____________________ Jan Alan Brody and Carella, Byrne, Bains, Gilfillan, Cecchi & ______________ ______________________ ____________________ Stewart & Olstein, William Vidal-Carvajal and Hernandez & Vidal on __________________ _______________________ _________________ brief for appellant. Arturo J. Garcia-Sola and McConnell Valdes on brief for ________________________ __________________ appellees. ____________________ ____________________ Per Curiam. We have reviewed the record and the ___________ parties' briefs in the case. Essentially for the reasons stated by the district court in its opinion, Goya Foods v. __________ Unanue-Casal (In re Unanue-Casal), 164 B.R. 216, 222-23 ____________ ____________________ (D.P.R. 1993), we find that the bankruptcy court abused its discretion in declining to abstain pursuant to 28 U.S.C. 1334(c)(1). Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___